**From:** Sal Vitellaro <salv220@gmail.com>
**Sent:** Tuesday, September 9, 2025 12:14 PM
**To:** Chambers of MEH <chambers_of_meh@njb.uscourts.gov>
**Cc:** Mary Jean <donn3@optonline.net>
**Subject:** Address

**CAUTION - EXTERNAL:**

The address for Sal Vitellaro is 6208 tadpole drive, Wharton, nj, 07885

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.