UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>SALVATORE VITELLARO,<br><br>Debtor | Case No. 23-18615<br><br>Chapter 7<br><br>Order Filed on February 18, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| MARY JEAN DONNELLY,<br><br>Plaintiff,<br><br>v.<br><br>SALVATORE VITELLARO,<br><br>Defendant. | Adv. No. 24-01047<br><br>Hearing Date: February 17, 2026 |

**ORDER RESOLVING ADVERSARY PROCEEDING**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 18, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

**Donnelly v. Vitellaro**
**Adv. No. 24-01047**
Page **2** of **2**

**THIS MATTER** having come before the Court upon plaintiff Mary Jean Donnelly's (the "**Plaintiff**") commencement of an adversary proceeding against defendant and Chapter 7 debtor Salvatore Vitellaro (the "**Defendant**" and together with Plaintiff, the "**Parties**"); and the Court having conducted a trial on February 17, 2026, (the "**Trial**") on the Plaintiff's remaining claim under 11 U.S.C. § 523(a)(6) and the Defendant's request for fees under 11 U.S.C. § 523(d); and the Court having considered all arguments, evidence, and witness testimony presented by the Parties in connection therewith; and for the reasons set forth on the record at the conclusion of the Trial, and for good cause shown, it is hereby:

**ORDERED** that judgment is entered in favor of the Defendant, and the Plaintiff's Amended Complaint is **DISMISSED** with prejudice; and it is further

**ORDERED** that the Defendant shall be entitled to appropriate costs and fees in accordance with 11 U.S.C. § 523(d).  The Defendant and/or the Defendant's former counsel, Scott Goldstein, Esq., shall file Certification(s) with the Court within thirty (30) days of the date of entry of this Order detailing costs and reasonable attorney's fees solely related to defending against the Plaintiff's claims under 11 U.S.C. § 523(a)(2), along with a proposed order granting the application for costs and fees.  The Court will review the Certification(s) for reasonableness and will enter an appropriate order awarding costs and fees to the Defendant pursuant to 11 U.S.C. § 523(d).